# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT ANTHONY HIGH,

    Plaintiff

v.

NEVADA DEPARTMENT OF CORRECTIONS MEDICAL DIRECTOR et al.,

    Defendants

Case No. 3:19-cv-00199-MMD-CBC

ORDER



## I. DISCUSSION

On April 18, 2019, this Court ordered Plaintiff to: (1) file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action, and (2) submit a complaint within thirty (30) days from the date of that order. (ECF No. 3 at 2). On May 10, 2019, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had not received his financial certificate from the NDOC yet. (ECF No. 4 at 2). The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall: (1) file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee, and (2) file a complaint on or before Friday, June 14, 2019.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 4) is granted.

IT IS FURTHER ORDERED that on or before Friday, June 14, 2019, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that on or before Friday, June 14, 2019, Plaintiff shall file a complaint.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: 5/14/2019

_____
UNITED STATES MAGISTRATE JUDGE



U.S. POSTAGE >> PITNEY BOWES

ZIP 89501 $ 001.15⁰
02 4W
0000350015 APR 24 2019

**NOT DELIVERABLE
AS ADDRESSED —
NABLE TO FORWARD**

Shirley J. Siri
2975 Lone Tree Rd

894062206-1

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

05/13/19