# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

ROBERT ANTHONY HIGH,

Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS MEDICAL DIRECTOR, *et al.*,

Defendants.

Case No. 3:19-cv-00199-MMD-CBC

ORDER

On November 4, 2019, Plaintiff submitted an inquiry that appears to ask whether the Court will grant his application to proceed *in forma pauperis* and require him to pay the $350 filing fee if he voluntarily dismisses his 42 U.S.C. § 1983 action. (ECF No. 11.) The Court has not yet screened the Complaint (ECF No. 7).

If Plaintiff files a notice or motion to voluntarily dismiss his action under Federal Rule of Civil Procedure 41(a)(1) *before* the Court screens Plaintiff's Complaint under 28 U.S.C. § 1915A, the Court *will not* assess the filing fee and will dismiss the case without prejudice. If Plaintiff seeks to voluntarily dismiss his case, he should submit a notice or motion stating that he seeks to voluntarily dismiss this action under Federal Rule of Civil Procedure 41(a)(1).

DATED THIS 8th day of November 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE